# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 20, 2026

Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re: Learning Resources, Inc., et al.
        v. Donald J. Trump, President of the United States, et al.
        No. 24-1287
        (Your No. 25-5202)

Dear Clerk:

    The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

    The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

    Sincerely,

    *[signature]*

    **Scott S. Harris**, Clerk

    by