# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5202**                                   **September Term, 2025**

**1:25-cv-01248-RC**

**Filed On: April 3, 2026** [2166961]

Learning Resources, Inc. and hand2mind,
Inc.,

      Appellees

    v.

Donald J. Trump, President of the United
States, in his official capacity, et al.,

      Appellants

### M A N D A T E

In accordance with the order of April 3, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                  **FOR THE COURT:**
                                  Clifton B. Cislak, Clerk

                    BY:    /s/
                                  Daniel J. Reidy
                                  Deputy Clerk

Link to the order filed April 3, 2026