

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

June 3, 2025

**Via CM/ECF**

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001

     RE:   *Learning Resources, Inc. v. Trump*, No. 25-5202

Dear Mr. Cislak:

Earlier today, the district court entered the attached order staying its injunction in this case pending this appeal.  That development renders moot the government's motion in this Court for a stay pending appeal.

     Sincerely,

     */s/ Daniel Winik*
     Daniel Winik


cc:    All counsel (via CM/ECF)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| LEARNING RESOURCES, INC., *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 25-1248 (RC) |
| | : | | |
| v. | : | Re Document No.: | 41 |
| | : | | |
| DONALD J. TRUMP, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

**GRANTING DEFENDANTS' MOTION TO STAY**

Upon consideration of Defendants' motion to stay (ECF No. 41) enforcement of the

Court's order entered May 29, 2025 preliminarily enjoining the United States from collecting

tariffs from Plaintiffs pursuant to Executive Orders 14,195; 14,228; 14,257; 14,259; and 14,266

(ECF No. 35); it is hereby

**ORDERED** that Defendants' motion is **GRANTED**.  In issuing the preliminary

injunction, the Court specifically referenced the related permanent injunction granted by the

Court of International Trade.  *See* Mem. Op. Denying Defs.' Mot. Transfer Venue; Granting Pls.'

Mot. for Prelim. Inj. at 32–33, ECF No. 37.  The Court acknowledged the national security and

foreign policy concerns raised by Defendants but determined that those consequences would

flow, if at all, from the CIT's more sweeping order.  *Id.*  That order has now been stayed by the

Court of Appeals for the Federal Circuit.  A stay in this action is therefore appropriate to protect

the President's ability to identify and respond to threats to the U.S. economy and national

security; and it is

**FURTHER ORDERED** that the effects of this Court's order granting Plaintiffs' motion

for a preliminary injunction (ECF No. 35) and the accompanying memorandum opinion (ECF

No. 37) are hereby stayed pending disposition of the pending appeal before the United States

Court of Appeals for the District of Columbia Circuit.

      **SO ORDERED**.

Dated:  June 3, 2025                     RUDOLPH CONTRERAS
                                           United States District Judge