# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5202**                                      **September Term, 2024**

1:25-cv-01248-RC

Filed On: June 5, 2025 [2119433]

Learning Resources, Inc. and hand2mind, Inc.,

        Appellees

        v.

Donald J. Trump, President of the United States, in his official capacity, et al.,

        Appellants

## O R D E R

Upon consideration of the unopposed motion to withdraw stay motion, and the unopposed motion to expedite appeal, it is

**ORDERED** that the motion to withdraw be granted and the stay motion be deemed withdrawn. The Clerk is directed to note the docket accordingly.

The motion to expedite remains pending before the court.

                                                 **FOR THE COURT:**
                                                 Clifton B. Cislak, Clerk

                             BY:      /s/
                                       Louis Karl Fisher
                                       Deputy Clerk