# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 25-5202**  **September Term, 2024**

1:25-cv-01248-RC

**Filed On:** June 11, 2025

Learning Resources, Inc. and hand2mind, Inc.,

      Appellees

      v.

Donald J. Trump, President of the United States, in his official capacity, et al.,

      Appellants

**BEFORE:** Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to expedite this appeal; and the unopposed motion to defer a ruling on that motion to expedite, it is

**ORDERED**, on the court's own motion, that the parties file motions to govern future proceedings within 14 days of the United States Court of Appeals for the Federal Circuit's resolution of stay proceedings in V.O.S. Selections, Inc. v. Trump, No. 25-1812, et al.

**Per Curiam**

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:   /s/
      Selena R. Gancasz
      Deputy Clerk