# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEARNING RESOURCES, INC., *et al.*,

               Plaintiffs-Appellees,

v.

DONALD J. TRUMP, President of the
United States, in his official capacity, *et al.*

              Defendant-Appellants.

No. 25-5202

**NOT YET SCHEDULED FOR
ORAL ARGUMENT**

## REPLY TO MOTION TO GOVERN FUTURE PROCEEDINGS

Plaintiffs offer just one point in reply to the Government's combined opposition and motion filed earlier today: The previously negotiated but unadopted schedule—proposed *before* the Federal Circuit's grant of a stay pending appeal and newly issued schedule this week—has almost the same filing date for the Government's opening brief (June 24 vs. June 27); the significant expedition is only to *Plaintiffs'* response brief (July 8 vs. July 23). The new proposal, under which Plaintiffs will file shortly after the Fourth of July holiday weekend, still affords the Government 10 full days for a reply brief on Friday, July 18 (*before* Government counsel's "resource constraints" during "the week of July 21," Resp. 4 & n.1). The Government offers no persuasive reason for delaying briefing and argument to inhibit this Court's resolution of the case in parallel with the Federal Circuit's.

Respectfully submitted,

/s/ Pratik A. Shah
Pratik A. Shah
James E. Tysse
Matthew R. Nicely
Daniel M. Witkowski
Kristen E. Loveland
AKIN GUMP STRAUSS HAUER
  & FELD LLP
2001 K Street, NW
Washington, DC 20006
Tel:  (202) 887-4000
Fax:  (202) 887-4288
pshah@akingump.com

*Counsel for Plaintiffs-Appellees*

June 13, 2025

**CERTIFICATE OF COMPLIANCE**

The foregoing reply is in 14-point Times New Roman proportional font and contains 141 words, and thus complies with Federal Rule of Appellate Procedure 27(d)(1)-(2).

/s/ Pratik A. Shah
Pratik A. Shah

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I electronically filed the foregoing with the Clerk of the Court of the U.S. Court of Appeals for the District of Columbia using the appellate CM/ECF system.

/s/ Pratik A. Shah
Pratik A. Shah