# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Learning Resources, Inc.

v.

Donald J. Trump

**Case No:** 25-5202

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

See attached.

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

**2nd Counsel:** Sophia Shams

Direct Phone: (202) 514-2495  Fax: (___) ___-____  Email: sophia.shams@usdoj.gov

**3rd Counsel:**

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Ave. NW Washington D.C. 20530

**Firm Phone:** (202) 305-1754  Fax: (___) ___-____  Email: civilappellate.ECF@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

*Learning Resources v. Trump*, No. 25-5202
List of Parties Represented

Donald J. Trump, in his official capacity as President of the United States
Kristi Noem, in her official capacity as Secretary of Homeland Security
U.S. Department of Homeland Security
Scott Bessent, in his official capacity as Secretary of the Treasury
U.S. Department of the Treasury
Howard W. Lutnick, in his official capacity as Secretary of Commerce
U.S. Department of Commerce
Pete R. Flores, in his official capacity as Acting Commissioner of Customs & Border Protection
U.S. Customs & Border Protection
Jamieson Greer, in his official capacity as U.S. Trade Representative
Office of the U.S. Trade Representative