IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEARNING RESOURCES, INC., *et al.*, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*, <br><br> Defendant-Appellants. | No. 25-5202 <br><br> **NOT YET SCHEDULED FOR ORAL ARGUMENT** |

**NOTICE OF PETITION FOR WRIT OF CERTIORARI
BEFORE JUDGMENT**

While this Court considers Plaintiffs' request for an entry of an expedited schedule that would permit argument on or before August 1, 2025, Plaintiffs hereby notify the Court that they have filed a petition for a writ of certiorari before judgment in the U.S. Supreme Court today. *See Learning Resources, Inc., et al., Petitioners v. Donald J. Trump, President of the United States, et al.*, No. 24-1287 (S. Ct.).

The filing of that petition in no way affects the pending motion for expedition. To the contrary, both the petition and our filings with this Court underscore the urgency of speedy resolution of this appeal, whether in this Court and/or the Supreme Court. This Court thus should enter the schedule proposed by Plaintiffs.

Plaintiffs will immediately notify this Court of any action on the newly filed petition.

1

Respectfully submitted,

*/s/ Pratik A. Shah*
Pratik A. Shah
James E. Tysse
Matthew R. Nicely
Daniel M. Witkowski
Kristen E. Loveland
AKIN GUMP STRAUSS HAUER
 & FELD LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
pshah@akingump.com

*Counsel for Plaintiffs-Appellees*

June 17, 2025

## CERTIFICATE OF COMPLIANCE

The foregoing notice is in 14-point Times New Roman proportional font and contains 136 words, and thus complies with Federal Rule of Appellate Procedure 27(d)(1)-(2).

*/s/ Pratik A. Shah*
Pratik A. Shah

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, I electronically filed the foregoing with the Clerk of the Court of the U.S. Court of Appeals for the District of Columbia using the appellate CM/ECF system.

*/s/ Pratik A. Shah*
Pratik A. Shah
