# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| LEARNING RESOURCES, INC., et al. | : | |
| *Plaintiffs-Appellees*, | : | |
|  | : | |
| v. | : | |
|  | : | No. 25-5202 |
|  | : | |
| DONALD J. TRUMP, President of the | : | |
| United States, in his official capacity, | : | |
| et al. | : | **NOT YET SCHEDULED** |
| *Defendants-Appellants*. | : | **FOR ORAL ARGUMENT** |
| _____ | : | |

### NOTICE OF REPRESENTATION OF CONSENT
### TO PARTICIPATE AS AMICUS CURIAE
### AND RULE 26.1 DISCLOSURE STATEMENT

Under Circuit Rule 29(b), which "encourages . . . non-governmental entities to file a written representation of consent . . . to participate . . . as promptly as practicable," Washington Legal Foundation advises the Court of its intent to file a brief as amicus curiae. WLF also represents that it has received consent from all parties to participate as amicus.

Washington Legal Foundation is a nonprofit, public-interest law firm and policy center with supporters nationwide. WLF promotes free markets, individual rights, and the rule of law. It often appears as amicus curiae in federal cases where one branch of the federal government has

usurped the powers of another. *Seila Law LLC v. Consumer Financial Protection Bureau*, 591 U.S. 197 (2022); *Luria v. SEC*, 585 U.S. 237 (2018); *United States ex rel. Zafirov v. Fla. Medical Associates, LLC*, Case No. 24-13581 (11th Cir. Mar. 17, 2025) (Doc No. 105). WLF has also filed as amicus curiae on the question of the President's authority to use the International Emergency Economic Powers Act to impose tariffs in the U.S. Supreme Court. *Learning Resources v. Trump*, Case No. 24-1287 (U.S. June 18, 2025).

Under Rule 26.1, WLF states that it has no parent company, issues no stock, and no publicly held company owns a 10 percent or greater interest in it.

Respectfully submitted,

/s/ Zac Morgan
Cory Andrews
Zac Morgan
    *Counsel of Record*
WASHINGTON LEGAL FOUNDATION
2009 Massachusetts Ave. NW
Washington, DC 20036
(202) 588-0302
zmorgan@wlf.org

June 24, 2025