IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Learning Resources, Inc. et al.<br><br>             Plaintiffs-Appellees,<br>v.<br><br>Donald J. Trump, President of the United States, in his official capacity, et al.,<br><br>             Defendants-Appellants. | Case. No. 25-5202 |

### NOTICE OF INTENT TO FILE *AMICUS CURIAE* BRIEF AND REPRESENTATION OF CONSENT

Pursuant to D.C. Circuit Rule 29(b), George F. Allen, Joshua A. Claybourn, John C. Danforth, Richard A. Epstein, Charles T. Hagel, Harold Hongju Koh, Gerard N. Magliocca, Michael B. Mukasey, Alan O. Sykes, John Daniel Tinder, Alexander "Sasha" Volokh, Peter J. Wallison, and Philip Zelikow hereby provide notice of their intent to file an *amicus curiae* brief in this case in support of Appellees. All parties have consented to the filing of this brief.

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500
dwolff@crowell.com

Dated: June 27, 2025

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2025, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

                                         /s/ Daniel W. Wolff
                                         Daniel W. Wolff

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Learning Resources, Inc. et al.  )<br>  )<br>　　　　Plaintiffs-Appellees,  )<br>v.  )<br>  )<br>Donald J. Trump, President of the United  )<br> States, in his official capacity, et al.,  )<br>  )<br>　　　　Defendants-Appellants.  ) | Case. No. 25-5202 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and D.C. Cir. Rule 26.1, *amici curiae* George F. Allen, Joshua A. Claybourn, John C. Danforth, Richard A. Epstein, Charles T. Hagel, Harold Hongju Koh, Gerard N. Magliocca, Michael B. Mukasey, Alan O. Sykes, John Daniel Tinder, Alexander "Sasha" Volokh, Peter J. Wallison, and Philip Zelikow are each individuals, not corporate entities, and are not subject to Rule 26.1.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Daniel W. Wolff
　　　　　　　　　　　　　　　　Daniel W. Wolff
　　　　　　　　　　　　　　　　Crowell & Moring LLP
　　　　　　　　　　　　　　　　1001 Pennsylvania Ave., NW
　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　(202) 624-2500
Dated: June 27, 2025　　　　　　dwolff@crowell.com