## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEARNING RESOURCES, INC., and
HAND2MIND, INC.,

          Plaintiffs-Appellees,

    v.

DONALD J. TRUMP, in his official capacity as
President of the United States, et al.,

          Defendants-Appellants.

No. 25-5202

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A.    Parties and Amici

Plaintiffs are Learning Resources, Inc. and hand2mind, Inc.  Defendants are Donald J. Trump, in his official capacity as President of the United States; Kristi Noem, in her official capacity as Secretary of Homeland Security; the U.S. Department of Homeland Security; Scott Bessent, in his official capacity as Secretary of the Treasury; the U.S. Department of the Treasury; Howard W. Lutnick, in his official capacity as Secretary of Commerce; the U.S. Department of Commerce; Rodney S. Scott, in his official capacity as Commissioner of Customs & Border Protection (having been substituted for Pete R. Flores, Acting Commissioner of Customs & Border Protection when

the suit was brought); U.S. Customs & Border Protection; Jamieson Greer, in his official capacity as U.S. Trade Representative; and the Office of the U.S. Trade Representative.

America First Legal Foundation; Emily Ley Paper, Inc., doing business as Simplified; Kilo Brava LLC; Bambola LLC; Kim's Clothes and Fashion LLC; Rokland LLC; George F. Allen; Steven G. Calabresi; Joshua A. Claybourn; John C. Danforth; Richard A. Epstein; Charles T. Hagel; Harold Hongju Koh; Gerard N. Magliocca; Michael W. McConnell; Michael B. Mukasey; Alan O. Sykes; John Daniel Tinder; Peter J. Wallison; and Philip Zelikow participated before the district court as amici curiae. In addition, the Coalition for a Prosperous America, the Washington Legal Foundation, and Alexander "Sasha" Volokh, have expressed the intention to participate as amici curiae before this Court.

## B.    Ruling Under Review

The ruling under review is a memorandum opinion (JA89) and order (JA87) issued by Judge Contreras on May 29, 2025, granting a preliminary injunction, and the associated order (JA122) setting a bond under Rule 65(c).

## C.     Related Cases

This case has not previously been before this Court or any other court other than the district court.  We are not aware of any related cases within the meaning of the Court's Rule 28(a)(1)(C).  Challenges to the tariffs at issue are pending before other courts, including the U.S. Court of Appeals for the Federal Circuit (on appeal from the U.S. Court of International Trade).

MARK R. FREEMAN
MICHAEL S. RAAB
BRAD HINSHELWOOD

/s/ Daniel Winik
DANIEL WINIK
SOPHIA SHAMS
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7245*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 305-8849*