# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
*All Cases Other than Administrative Agency Cases (To be completed by appellant)*

1. CASE NO. **25-5202**          2. DATE DOCKETED: **05-30-2025**
3. CASE NAME (lead parties only) **Learning Resources, Inc.**   v.   **Trump**
4. TYPE OF CASE:   ☒ District Ct -   ⦿ US Civil   ○ Private Civil   ○ Criminal   ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes   ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.   Bankruptcy Court Docket No.   Tax Court Docket No.
      Civil Action **1:25-cv-01248-RC**   Bankruptcy   Tax
      Criminal   Adversary
      Miscellaneous   Ancillary
   b. Review is sought of:
      ☐ Final Order   ☒ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge **Contreras**   Magistrate Judge
   d. Date of order(s) appealed (use date docketed): **05-29-2025**   e. Date notice of appeal filed: **05-29-2025**
   f. Has any other notice of appeal been filed in this case?   ○ Yes   ⦿ No   If YES, date filed:
   g. Are any motions currently pending in trial court?   ○ Yes   ⦿ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes   ⦿ No
      If NO, why not?   **Transcript of hearing is already on file.**
   i. Has this case been before the Court under another appeal number?  ○ Yes   Appeal #   ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes   ○ No   If YES, give each case's court and case name, and docket number:
      **See attached.**
   k. Does this case turn on validity or correct interpretation or application of a statute?   ⦿ Yes   ○ No
      If YES, give popular name and citation of statute **28 U.S.C. 1581(i)(1); IEEPA, 50 U.S.C. 1702(a)(1)(B)**
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?   ○ Yes   ⦿ No   If so, provide program name and participation dates

Signature **/s/ Daniel Winik**   Date **06-30-2025**
Name of Party **Defendants-Appellants**
Name of Counsel for Appellant/Petitioner **Daniel Winik**
Address **U.S. Department of Justice, Civil Division, Appellate Staff, 950 Pennsylvania Ave. NW, Washington, D.C. 20530**
Phone ( **202** ) **305-8849**   Fax ( **202** ) **514-7964**

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

*Learning Resources, Inc. v. Trump*, No. 25-5202
Docketing Statement Addendum

Related cases:

*Learning Resources, Inc. v. Trump*, No. 24-1287 (U.S.)
*V.O.S. Selections, Inc. v. Trump*, Nos. 25-1812, -1813 (Fed. Cir.)
*California v. Trump*, No. 25-3493 (9th Cir.)
*Webber v. DHS*, No. 25-2717 (9th Cir.)