## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEARNING RESOURCES, INC., and
HAND2MIND, INC.,

              Plaintiffs-Appellees,

    v.

DONALD J. TRUMP, in his official capacity as
President of the United States, et al.,

              Defendants-Appellants.

No. 25-5202

## STATEMENT RESPECTING DEFERRED APPENDIX

The parties do not intend to use a deferred appendix.  The joint appendix was filed on June 27.

MARK R. FREEMAN
MICHAEL S. RAAB
BRAD HINSHELWOOD

/s/ Daniel Winik
DANIEL WINIK
SOPHIA SHAMS
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7245*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 305-8849*