# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEARNING RESOURCES, INC., and HAND2MIND, INC., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants-Appellants. | No. 25-5202 |

## STATEMENT OF ISSUES

The issues raised in this appeal are identified in the government's brief, filed June 27:

1. Whether the district court lacked jurisdiction.

2. Whether the district court erred in concluding that the International Emergency Economic Powers Act does not authorize tariffs.

3. Whether the district court otherwise abused its discretion in entering a preliminary injunction.

MARK R. FREEMAN
MICHAEL S. RAAB
BRAD HINSHELWOOD

/s/ *Daniel Winik*
DANIEL WINIK
SOPHIA SHAMS
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7245*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 305-8849*