# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEARNING RESOURCES, INC., *et al.*, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, *et al.* <br><br> Defendant-Appellants. | No. 25-5202 <br><br> **NOT YET SCHEDULED FOR ORAL ARGUMENT** |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rules 27(a)(4) and 28(a)(1)(A)-(B), Learning Resources, Inc. and hand2mind inc. submit this certificate.

**A.    Parties and Amici:**  The following provides the current parties and amici in this action:

*Plaintiffs-Appellees*:    Learning Resources, Inc.; and hand2mind, inc.

*Defendants-Appellants*:  Donald J. Trump, President of the United States, in his official capacity; Kristi Noem, Secretary of the Department of Homeland Security, in her official capacity; United States Department of Homeland Security; Scott Bessent, Secretary of the Treasury, in his official capacity; United States Department of the Treasury; Howard W. Lutnick, Secretary of Commerce, in his official capacity; United States Department of Commerce; Pete Flores, Acting

Commissioner of Customs & Border Protection, in his official capacity; United States Customs and Border Protection; Jamieson Greer, U.S. Trade Representative, in his official capacity; and Office of the United States Trade Representative.

*Amici*: America First Legal Foundation; Emily Ley Paper, Inc., doing business as Simplified; Kilo Brava LLC; Bambola LLC; Kim's Clothes and Fashion LLC; Rokland LLC; George F. Allen; Steven G. Calabresi; Joshua A. Claybourn; John C. Danforth; Richard A. Epstein; Charles T. Hagel; Harold Hongju Koh; Gerard N. Magliocca; Michael W. McConnell; Michael B. Mukasey; Alan O. Sykes; John Daniel Tinder; Peter J. Wallison; and Philip Zelikow participated before the district court as amici curiae. In addition, the Coalition for a Prosperous America, the Washington Legal Foundation, and Alexander "Sasha" Volokh, have expressed the intention to participate as amici curiae before this Court.

**B.    Rulings Under Review:**

The ruling under review are the (1) Order Denying Defendants' Motion to Transfer Venue; Granting Plaintiffs' Motion for a Preliminary Injunction, dated May 29, 2025 (JA87); (2) Memorandum Opinion Denying Defendants' Motion to Transfer Venue; Granting Plaintiffs' Motion for a Preliminary Injunction, dated May 29, 2025 (JA89); and (3) Order Setting Preliminary Injunction Bond, dated May 29, 2025 (JA122), by the Honorable Rudolph Contreras, United States District Judge.

**C.   Related Cases:**

This case has not previously been before this Court or any other court other than the district court. A Petition for Writ of Certiorari Before Judgment is currently pending in the Supreme Court of the United States. *See Learning Resources, Inc., et al. v. Donald Trump, President of the United States, et al.*, No. 24-1287 (U.S.). We are not aware of any other related cases within the meaning of the Court's Rule 28(a)(1)(C).

Respectfully submitted,

*/s/ Pratik A. Shah*
Pratik A. Shah
James E. Tysse
Matthew R. Nicely
Daniel M. Witkowski
Kristen E. Loveland
AKIN GUMP STRAUSS HAUER
 & FELD LLP
2001 K Street, NW
Washington, DC 20006
Tel:  (202) 887-4000
Fax:  (202) 887-4288
pshah@akingump.com

*Counsel for Plaintiffs-Appellees*

June 30, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of the Court of the U.S. Court of Appeals for the District of Columbia using the appellate CM/ECF system.

*/s/ Pratik A. Shah*
Pratik A. Shah
