# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEARNING RESOURCES, INC., *et al.*, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, *et al.* <br><br> Defendant-Appellants. | No. 25-5202 <br><br> **NOT YET SCHEDULED FOR ORAL ARGUMENT** |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, counsel for Learning Resources, Inc. and hand2mind, Inc. hereby states that no parent corporation or publicly held corporation owns 10% or greater ownership interest in either entity.

Learning Resources, Inc. and hand2mind, Inc. are private, family-owned American companies, based in Illinois, that develop, market, and sell educational products, educational toys, and pet toys. Plaintiffs market products under brands including LEARNING RESOURCES, EDUCATIONAL INSIGHTS, HAND2MIND, and BRIGHTKINS, and are a world leader in the development of experiential, hands-on learning materials which are sold in more than 100 countries. Plaintiffs have more than 500 employees and full-time equivalents today, and have

offices in Vernon Hills, Illinois; Torrance, California; and Amherst, New York. Plaintiffs develop their products (and perform some manufacturing and assembly) in the United States, but outsource most manufacturing to factories in other countries, including (but not limited to) China, Taiwan, Korea, Vietnam, Thailand, and India. Plaintiffs import directly from China and those other countries, and both companies thus pay duties and tariffs on such imports.

                      Respectfully submitted,

                      */s/ Pratik A. Shah*
                      Pratik A. Shah
                      James E. Tysse
                      Matthew R. Nicely
                      Daniel M. Witkowski
                      Kristen E. Loveland
                      AKIN GUMP STRAUSS HAUER
                        & FELD LLP
                      2001 K Street, NW
                      Washington, DC 20006
                      Tel: (202) 887-4000
                      Fax: (202) 887-4288
                      pshah@akingump.com

                      *Counsel for Plaintiffs-Appellees*

July 1, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically filed the foregoing with the Clerk of the Court of the U.S. Court of Appeals for the District of Columbia using the appellate CM/ECF system.

*/s/ Pratik A. Shah*
Pratik A. Shah