# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Learning Resources, Inc. et al.

v.

Donald J. Trump, et al.

**Case No:** 25-5202

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ⬤ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

America First Legal Foundation

Coalition for a Prosperous America

### Counsel Information

**Lead Counsel:** R. Trent McCotter

**Direct Phone:** (202) 7065488  **Fax:** (   )   **Email:** tmccotter@boydengray.com

**2nd Counsel:** Daniel Z. Epstein

**Direct Phone:** (202) 9643721  **Fax:** (   )   **Email:** daniel.epstein@aflegal.org

**3rd Counsel:**

**Direct Phone:** (   )   **Fax:** (   )   **Email:**

**Firm Name:** Boyden Gray PLLC

**Firm Address:** 800 Connecticut Ave NW, Suite 900

**Firm Phone:** (   )   **Fax:** (   )   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)