# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 17, 2025

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  Learning Resources, Inc., et al.
         v. Donald J. Trump, President of the United States, et al.
         No. 24-1287
         (Your No. 25-5202)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 17, 2025 and placed on the docket June 17, 2025 as No. 24-1287.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst