No 25-5202

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEARNING RESOURCES, INC., and HAND2MIND, INC.,

           Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in this official capacity as
President of the United States, et al.,

           Defendants-Appellants.

## NOTICE OF INTENTION TO FILE
## BRIEF AMICUS CURIAE

Consumer Watchdog hereby provides notice on its intention to file a brief amicus curiae in this appeal in support of Plaintiffs-Appellees. All parties have consented to the filing.

           */s/ Alan B. Morrison*
           Alan B. Morrison
           George Washington University
             Law School
           2000 H Street NW
           Washington D.C. 20052
           202 994 7120
           abmorrison@law.gwu.edu

July 15, 2025