# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRUIT

| | |
|---|---|
| Learning Resources, Inc. et al., )<br> )<br>  Plaintiffs-Appellees,  )<br> )<br>v.  )<br> )<br> )<br>Donald J. Trump, in his official )<br>capacity,  )<br>et al.,  )<br> )<br>  Defendants-Appellants.  ) | Case No. 25-5202 |

## NOTICE OF INTENT TO FILE AMICUS CURIAE BRIEF
## AND REPRESENTATION OF CONSENT

Pursuant to D.C. Circuit Rule 29(b), the Brennan Center for Justice at NYU School of Law hereby provides notice of its intent to file an amicus curiae brief in support of Plaintiffs-Appellees. All parties have consented to the filing of the brief.

Respectfully submitted,

/s/ Leah J. Tulin
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
1140 Connecticut Avenue NW,
Suite 1150
Washington, D.C. 20036
(202) 650-6397 (telephone)
(202) 223-2683 (fax)
tulinl@brennan.law.nyu.edu

Dated: July 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause it to be served on all parties and counsel of record.

*/s/ Leah J. Tulin*
Leah J. Tulin
