# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRUIT

| | |
|---|---|
| Learning Resources, Inc. et al., )<br>)<br>      Plaintiffs-Appellees, )<br>)<br>v. )<br>)<br>Donald J. Trump, in his official )<br>capacity, )<br>et al., )<br>)<br>      Defendants-Appellants. ) | Case No. 25-5202 |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, undersigned counsel hereby states that states that no parent corporation or publicly held corporation owns 10% or greater ownership interest in the Brennan Center for Justice at NYU School of Law (the "Brennan Center").

The Brennan Center is a not-for-profit, non-partisan think tank and public interest law institute that seeks to improve systems of democracy and justice. As relevant to this litigation, the Brennan Center has conducted extensive research on, analysis of, and public education regarding the National Emergencies Act of 1976 (NEA), the International Emergency Economic Powers Act (IEEPA), and the president's emergency powers more generally.

        Respectfully submitted,

        */s/ Leah J. Tulin*
        BRENNAN CENTER FOR JUSTICE AT
        NYU SCHOOL OF LAW
        1140 Connecticut Avenue NW,
        Suite 1150
        Washington, D.C. 20036
        (202) 650-6397 (telephone)
        (202) 223-2683 (fax)
        tulinl@brennan.law.nyu.edu

Dated:  July 21, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause it to be served on all parties and counsel of record.

*/s/ Leah J. Tulin*
Leah J. Tulin