ORAL ARGUMENT SCHEDULED FOR SEPT. 30, 2025

No. 25-05202

IN THE

# United States Court of Appeals
# for the District of Columbia Circuit

LEARNING RESOURCES, INC. AND HAND2MIND, INC.

*Plaintiffs-Appellees,*

– v. –

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, ET AL.,

*Defendants-Appellants.*

On Appeal from the U.S. District Court for the District of Columbia
No. 25-cv-01248, Hon. Rudolph Contreras

**NOTICE OF INTENT OF THE INSTITUTE FOR POLICY INTEGRITY AT NEW YORK UNIVERSITY SCHOOL OF LAW TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES**

Donald L.R. Goodson
Kelly C. McGee
Richard L. Revesz
Max Sarinsky
INSTITUTE FOR POLICY INTEGRITY
139 MacDougal Street, 3rd Floor
New York, NY 10012
(212) 992-8932
max.sarinsky@nyu.edu

*Counsel for* Amicus Curiae
*Institute for Policy Integrity*

July 22, 2025

Pursuant to Rule 29(b) of the U.S. Court of Appeals for the District of Columbia Circuit, the Institute for Policy Integrity at New York University School of Law (Policy Integrity) respectfully notifies this Court of its intent to file a brief as amicus curiae in support of Plaintiffs-Appellees. Counsel certifies that all parties have consented to Policy Integrity's filing of a timely amicus brief.

A Rule 26.1 Statement is attached.

July 22, 2025

Respectfully submitted,

/s/ Max Sarinsky
Max Sarinsky
INSTITUTE FOR POLICY INTEGRITY
139 MacDougal Street, 3d Floor
New York, NY 10012
(212) 992-8932
max.sarinsky@nyu.edu

*Counsel for Amicus Curiae*
*Institute for Policy Integrity*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), undersigned counsel certifies that the Institute for Policy Integrity is a nonpartisan, not-for-profit think tank at New York University School of Law. No publicly-held entity owns an interest of more than ten percent in Policy Integrity. Policy Integrity does not have any members who have issued shares or debt securities to the public.

July 22, 2025

Respectfully submitted,

*/s/*Max Sarinsky
Max Sarinsky

*Counsel for Amicus Curiae*
*Institute for Policy Integrity*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July 2025, a true and correct copy of the foregoing Notice of Intent was filed with the Clerk of the United States Court of Appeals for the District of Columbia Circuit via the Court's CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

July 22, 2025                                    Respectfully submitted,

/s/ Max Sarinsky
Max Sarinsky

*Counsel for* Amicus Curiae
*Institute for Policy Integrity*