ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 30, 2025

No. 25-5202

IN THE

# United States Court of Appeals
# for the District of Columbia Circuit

———————————

LEARNING RESOURCES, INC.; HAND2MIND, INC.,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY; ET AL.,

*Defendants-Appellants.*

———————————

*On Appeal from the United States District Court
for the District of Columbia
(No. 25-cv-01248-RC)*

———————————

**NOTICE OF INTENT OF THE CATO INSTITUTE TO FILE AN *AMICUS* BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES**


Thomas A. Berry
CATO INSTITUTE
1000 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(443) 254-6330
tberry@cato.org
*Counsel for Amicus Curiae*

July 25, 2025

## CORPORATE DISCLOSURE STATEMENT

*Amicus curiae* the Cato Institute is a nonprofit corporation. It has no parent companies, subsidiaries, or affiliates that have issued shares or debt securities to the public. Pursuant to D.C. Circuit Rule 26.1(b), the Cato Institute states that it is a 501(c)(3) nonprofit organization dedicated to advancing the principles of individual liberty, free markets, and limited government. Cato's Robert A. Levy Center for Constitutional Studies helps restore the principles of constitutional government that are the foundation of liberty

/s/Thomas A. Berry
Thomas A. Berry

Dated: July 25, 2025                    *Counsel for Amicus Curiae*

## NOTICE OF INTENT TO FILE *AMICUS* BRIEF

Pursuant to Fed. R. App. P. 29(a), D.C. Circuit Rule 29(b), the Cato Institute represents that it intends to participate in this case as *amicus curiae*. The Parties have consented to the filing of this *amicus* brief.

The Cato Institute, established in 1977, is a nonpartisan public policy research foundation dedicated to advancing the principles of individual liberty, free markets, and limited government. Cato's Robert A. Levy Center for Constitutional Studies helps restore the principles of constitutional government that are the foundation of liberty. Toward those ends, Cato publishes books, studies, and the annual *Cato Supreme Court Review*, and conducts conferences and forums. This case interests *amicus* because it concerns a contested exercise of executive power that threatens the separation of powers and economic liberty.

*Amicus* respectfully submits that this notice is timely filed under D.C. Circuit Rule 29(b). *Amicus* intends to file its brief no later than July 30, 2025 in accordance with D.C. Circuit Rule 29(c). Counsel certifies that this brief contains arguments distinct from and complementary to Appellees' brief.

Respectfully submitted,

/s/Thomas A. Berry
Thomas A. Berry
CATO INSTITUTE
1000 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 789-5202
tberry@cato.org
*Counsel for Amicus Curiae*

Dated: July 25, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by CM/ECF.

/s/Thomas A. Berry
Thomas A. Berry

Dated: July 25, 2025                    *Counsel for Amicus Curiae*

4