No. 25-5202

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

LEARNING RESOURCES, INC., *et al.*,
    *Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, *et al.*,
    *Defendants-Appellants*.

---

## NOTICE OF INTENT TO FILE AMICI CURIAE BRIEF

---

ROB BONTA
  *Attorney General of California*
THOMAS S. PATTERSON
  *Senior Assistant Attorney General*
LARA HADDAD
  *Supervising Deputy Attorney General*

SHIWON CHOE
ZELDA VASSAR
CAROLYN F. DOWNS
  *Deputy Attorneys General*

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4400
Fax: (415) 703-5480
Shiwon.Choe@doj.ca.gov

*Attorneys for the State of California and Governor Gavin Newsom*

July 28, 2025

Pursuant to Circuit Rule 29(b), the State of California and Governor Gavin Newsom hereby provide notice of their intent to file an amici curiae brief in support of Plaintiffs-Appellees and affirmance.

Dated: July 28, 2025

Respectfully submitted,

ROB BONTA
  *Attorney General of California*
THOMAS S. PATTERSON
  *Senior Assistant Attorney General*
LARA HADDAD
  *Supervising Deputy Attorney General*

<u>*s/Shiwon Choe*</u>
SHIWON CHOE
ZELDA VASSAR
CAROLYN F. DOWNS
  *Deputy Attorneys General*

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4400
Fax: (415) 703-5480
Shiwon.Choe@doj.ca.gov

*Attorneys for the State of California and Governor Gavin Newsom*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this July 28, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: July 28, 2025

*s/Shiwon Choe*
SHIWON CHOE
