ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 30, 2025
No. 25-5202

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

LEARNING RESOURCES, INC., *et al.*,

*Plaintiffs- Appellees*,

v.

DONALD J. TRUMP, *et al.*,

*Defendant-Appellants*.

---

On Appeal from the United States District Court for the District of Columbia
No. 1:25-cv-01248-RC

---

**NOTICE OF INTENT OF PROTECT DEMOCRACY PROJECT TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES**

---

Amit Agarwal*
Jane P. Bentrott*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington DC 20006
(202) 579-4582
amit.agarwal@protectdemocracy.org
jane.bentrott@protectdemocracy.org

*Counsel for Amicus Curiae*

*Admission pending

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, amicus curiae states that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE AMICUS CURIAE BRIEF

Pursuant to D.C. Circuit Rule 29, Protect Democracy Project herby gives notice of its intention to file an amicus curiae brief in support of Plaintiffs-Appellees. Both Defendants-Appellants and Plaintiffs-Appellees consent to the filing of this brief.

Dated: July 29, 2025

Respectfully Submitted,

By:  /s/ Amit Agarwal
Amit Agarwal*
Jane P. Bentrott*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington DC 20006
Tel: (202) 579-4582
amit.agarwal@protectdemocracy.org

*Counsel for Amicus Curiae*

*Admission pending

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed the foregoing document using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and will be served through the CM/ECF system.

Dated: July 29, 2025

Respectfully Submitted,

By: /s/ *Amit Agarwal*
Amit Agarwal*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington DC 20006
Tel: (202) 579-4582
amit.agarwal@protectdemocracy.org

*Counsel for Amicus Curiae*

*Admission pending