# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Learning Resources, Inc.

**v.**

Donald J. Trump

**Case No:** 25-05202

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Institute for Policy Integrity at NYU Law

### Counsel Information

**Lead Counsel:** Max Sarinsky

**Direct Phone:** ( 212 ) 998-6567  **Fax:** ( ___ ) ___ -  **Email:** max.sarinsky@nyu.edu

**2nd Counsel:** Donald L.R. Goodson

**Direct Phone:** ( ___ ) ___ -  **Fax:** ( ___ ) ___ -  **Email:** donald.goodson@law.nyu.edu

**3rd Counsel:** Kelly C. McGee

**Direct Phone:** ( ___ ) ___ -  **Fax:** ( ___ ) ___ -  **Email:** kelly.mcgee@nyu.edu

**Firm Name:** Institute for Institute for Policy Integrity at NYU Law

**Firm Address:** 139 MacDougal Street, Third Floor, New York, NY 10012

**Firm Phone:** ( ___ ) ___ -  **Fax:** ( ___ ) ___ -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Learning Resources, Inc.

**v.**

Donald J. Trump

**Case No:** 25-05202

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Institute for Policy Integrity at NYU Law

### Counsel Information

Lead Counsel: Max Sarinsky

Direct Phone: ( 212 ) 998-6567  Fax: (____) ____-____  Email: max.sarinsky@nyu.edu

2nd Counsel: Richard L. Revesz

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email: richard.revesz@nyu.edu

3rd Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email:

Firm Name: Institute for Institute for Policy Integrity at NYU Law

Firm Address: 139 MacDougal Street, Third Floor, New York, NY 10012

Firm Phone: (____) ____-____  Fax: (____) ____-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)