# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Learning Resources and Hand2Mind Inc.

v.    **Case No:** 25-5202

Trump et al.

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Cato Institute

### Counsel Information

**Lead Counsel:** Thomas A. Berry
**Direct Phone:** (443) 254-6330  **Fax:** (___) _____  **Email:** tberry@cato.org

**2nd Counsel:** Thomas A. Berry
**Direct Phone:** (443) 254-6330  **Fax:** (___) _____  **Email:** bskorup@cato.org

**3rd Counsel:** Charles M. Brandt
**Direct Phone:** (443) 254-6330  **Fax:** (___) _____  **Email:** cbrandt@cato.org

**Firm Name:** Cato Institute
**Firm Address:** 1000 Massachusetts Ave. NW, Washington, DC 20001
**Firm Phone:** (443) 254-6330  **Fax:** (___) _____  **Email:** tberry@cato.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)