# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Learning Resources, Inc. et al.

**v.**
Donald J. Trump et al.

**Case No:** 25-5202

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of California

Governor Gavin Newsom

### Counsel Information

Lead Counsel: Shiwon Choe

Direct Phone: ( 415 ) 510-3835  Fax: ( ___ ) ___-___  Email: Shiwon.Choe@doj.ca.gov

2nd Counsel: Zelda Vassar

Direct Phone: ( 415 ) 510-3875  Fax: ( ___ ) ___-___  Email: Zelda.Vassar@doj.ca.gov

3rd Counsel: Carolyn F. Downs

Direct Phone: ( 213 ) 269-6720  Fax: ( ___ ) ___-___  Email: Carolyn.Downs@doj.ca.gov

Firm Name:

Firm Address:

Firm Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)