# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| LEARNING RESOURCES, INC., et al., | ) | |
| | ) | |
| *Plaintiffs - Appellees*, | ) | |
| | ) | |
| v. | ) | No. 25-5202 |
| | ) | |
| DONALD J. TRUMP, President of the United States, in his official capacity, et al., | ) ) ) | |
| | ) | |
| *Defendants - Appellants.* | ) | |

## NOTICE OF INTENT TO FILE *AMICI CURIAE* BRIEF AND REPRESENTATION OF CONSENT

Pursuant to D.C. Circuit Rule 29(b), Vikram David Amar and Mickey Edwards hereby provide notice of their intent to file an *amici curiae* brief in this case in support of Appellees. All parties have consented to the filing of this brief.

Dated: July 30, 2025

Respectfully submitted,

/s/ *Tadhg Dooley*
Tadhg Dooley
Emmett Gilles
WIGGIN AND DANA LLP
265 Church Street
One Century Tower
PO Box 1832
New Haven, CT 06508-1832
(203) 498-4400
tdooley@wiggin.com

1

egilles@wiggin.com

*Counsel for Amici Curiae*
*Vikram David Amar and Mickey*
*Edwards*