# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** LEARNING RESOURCES, INC., et al

v.

DONALD J. TRUMP, et al

**Case No:** 25-5202

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ● Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Protect Democracy Project

### Counsel Information

**Lead Counsel:** Amit Agarwal

**Direct Phone:** (202) 579-4582 **Fax:** (202) 769-3176 **Email:** amit.agarwal@protectdemocracy.org

**2nd Counsel:** Jane P. Bentrott (admission pending)

**Direct Phone:** (202) 579-4582 **Fax:** (202) 769-3176 **Email:** jane.bentrott@protectdemocracy.org

**3rd Counsel:**

**Direct Phone:** ( ) - **Fax:** ( ) - **Email:**

**Firm Name:** Protect Democracy Project

**Firm Address:** 2020 Pennsylvania Ave. NW, Suite # 163, Washington, DC 20006

**Firm Phone:** (202) 579-3176 **Fax:** (202) 769-3176 **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[ Save ] [ Reset Form ] [ Print Form ]