United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5202** September Term, 2024

1:25-cv-01248-RC

Filed On: July 31, 2025 [2128200]

Learning Resources, Inc. and hand2mind, Inc.,

      Appellees

      v.

Donald J. Trump, President of the United States, in his official capacity, et al.,

      Appellants

## O R D E R

Upon consideration of appellants' motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. Appellants' reply brief is now due August 18, 2025.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk