# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5202**  **September Term, 2024**

1:25-cv-01248-RC

**Filed On: August 22, 2025** [2131589]

Learning Resources, Inc. and hand2mind, Inc.,

      Appellees

    v.

Donald J. Trump, President of the United States, in his official capacity, et al.,

      Appellants

### O R D E R

Upon consideration of the motion of Wentong Zheng for leave to file a brief amicus curiae in support of appellees, and the lodged brief amicus curiae, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

### Per Curiam

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

      BY:    /s/
                  Michael C. McGrail
                  Deputy Clerk