

U.S. Department of Justice

*Washington, DC 20044*

September 9, 2025

Clifton Cislak
Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

Re: Rule 28(j) Letter in *Learning Resources, Inc.*, No. 25-5202 – Pertinent and Significant Authority Arising Since Our Briefs Were Filed

Dear Mr. Cislak:

     On September 4, 2025, the government moved to hold this case in abeyance, and remove the scheduled oral argument from the calendar, pending the Supreme Court's disposition of the government's petition for a writ of certiorari in *Trump v. V.O.S. Selections, Inc.*, No. 25-250, and the plaintiffs' related petition for a writ of certiorari before judgment in this case, No. 24-1287. I write to inform the Court that the Supreme Court has granted both of those petitions and directed that the cases be set for argument in the first week of the November 2025 session.

     That action makes abeyance of this appeal even more clearly appropriate. Moreover, the plaintiffs now consent to the government's motion and agree that the case should be stayed.

                                 Sincerely,

                                 /s/ *Brett Shumate*
                                 Brett Shumate
                                 Assistant Attorney General