**(ORDER LIST: 606 U.S.)**

**TUESDAY, SEPTEMBER 9, 2025**

**ORDER IN PENDING CASES**

| | |
|---|---|
| 24-1287 ) | LEARNING RESOURCES, INC., ET AL. V. TRUMP, PRESIDENT OF U.S., ET AL. |
| 25-250  ) | TRUMP, PRESIDENT OF U.S., ET AL. V. V.O.S. SELECTIONS, INC., ET AL. |

The petition for a writ of certiorari before judgment in No. 24-1287 is granted.  The motion to expedite and the petition for a writ of certiorari in No. 25-250 are granted.  The cases are consolidated, and a total of one hour is allotted for oral argument.  Respondents in No. 24-1287 and petitioners in No. 25-250 shall file an opening brief on the merits on or before Friday, September 19, 2025.  Any *amicus curiae* briefs in support or in support of neither party shall be filed on or before Tuesday, September 23, 2025.  Petitioners in No. 24-1287 and respondents in No. 25-250 shall file response briefs on the merits on or before Monday, October 20, 2025.  Any *amicus curiae* briefs in support shall be filed on or before Friday, October 24, 2025.  A reply brief shall be filed by Thursday, October 30, 2025.  The cases will be set for argument in the first week of the November 2025 argument session.