# United States Court of Appeals

District of Columbia Circuit
Washington, D.C. 20001-2866

Clifton B. Cislak                                                                                                              General Information
Clerk                                               September 10, 2025                                                          (202) 216-7000

Scott S. Harris, Clerk
United States Supreme Court
One First Street, N.E.
Washington, D.C. 20543
**Attn: M. Altner, Assistant Clerk-Judgments**

     Re:     Supreme Court No. 24-1287, *Learning Resources, Inc., et al. v. Donald J. Trump, President of the United States, et al.* (Court of Appeals No. 25-5202)

Dear Mr. Harris:

     Pursuant to your recent request, a copy of this court's docket is attached to this email. I also have contacted the Clerk, United States District Court for the District of Columbia, concerning transmittal of that court's record. Kindly acknowledge receipt of this letter and the copy of the docket.

                                                                             Very truly yours,

                                                                             Meg Beardsley
                                                                             Special Counsel

                                                                             BY: Lillian Wright
                                                                             Deputy Clerk

cc: All counsel