# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5202** | **September Term, 2025** |
| | **1:25-cv-01248-RC** |
| | **Filed On:** September 17, 2025 |

Learning Resources, Inc. and hand2mind, Inc.,

    Appellees

    v.

Donald J. Trump, President of the United States, in his official capacity, et al.,

    Appellants

    **BEFORE:**    Millett, Wilkins, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellants' motion to hold proceedings in abeyance, and the September 9, 2025, Rule 28(j) letter, it is

**ORDERED** that this case be removed from the September 30, 2025, oral argument calendar and the motion to hold the proceedings in abeyance be dismissed as moot in light of the Supreme Court's grant of certiorari before judgment in this case. *See Learning Resources, Inc., et al. v. Donald J. Trump, et al.*, No. 24-1287 (D.C. Cir.) (*cert granted*, Sept 9, 2025).

### Per Curiam

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                        BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk