# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 24, 2026

Clerk
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001-2866

> **Re:  Learning Resources, Inc., et al.**
> **v. Trump, President of U.S., et al.**
> **No. 24-1287 (Your docket No. 25-5202)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 24, 2026

Mr. Pratik Arvind Shah, Esq.
Akin Gump Strauss Hauer & Feld, LLP
2001 K Street N.W.
Washington, D.C. 20006

Mr. Michael W. McConnell, Esq.
Wilson Sonsini Goodrich & Rosati, PC
1700 K Street, N.W.
Washington, D.C. 20006

Mr. Benjamin Noah Gutman, Esq.
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Re:  **Learning Resources, Inc., et al.**
     **v. Trump, President of U.S., et al.**
     **No. 24-1287**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioners are given recovery of costs in this Court as follows:

|  |  |
|---|---|
| **Clerk's Costs:** | **$300.00** |
| **Total** | **$300.00** |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, D.C. Cir.
        (Your docket No. 25-5202)

# Supreme Court of the United States

No.  24–1287

**LEARNING RESOURCES, INC., ET AL.,**

Petitioners,

*v.*

**DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, ET AL.**

**ON WRIT OF CERTIORARI BEFORE JUDGMENT** to the United States Court of Appeals for the District of Columbia Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the United States District Court for the District of Columbia is vacated with costs, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit with instructions to dismiss for lack of jurisdiction.

**IT IS FURTHER ORDERED** that the petitioners, Learning Resources, Inc., et al., recover from Donald J. Trump, President of the United States, et al., Three Hundred Dollars ($300.00) for costs herein expended.

February 20, 2026

| | |
|---|---|
| **Clerk's Costs:** | **$300.00** |
| **Total** | **$300.00** |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States