# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5202**

**September Term, 2025**

**1:25-cv-01248-RC**

**Filed On:** April 3, 2026

Learning Resources, Inc. and hand2mind,
Inc.,

      Appellees

    v.

Donald J. Trump, President of the United
States, in his official capacity, et al.,

      Appellants

**BEFORE:**    Millett, Wilkins, and Garcia, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that in light of the Supreme Court's decision in <u>Learning Resources, Inc. v. Trump</u>, 146 S. Ct. 628 (2026), this case is remanded to the district court with instructions to dismiss the case for lack of jurisdiction.

The Clerk is directed to issue the mandate forthwith.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk