# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5202** **September Term, 2025**

**1:25-cv-01248-RC**

**Filed On: April 3, 2026** **[2166961]**

Learning Resources, Inc. and hand2mind, Inc.,

Appellees

v.

Donald J. Trump, President of the United States, in his official capacity, et al.,

Appellants

**<u>M A N D A T E</u>**

In accordance with the order of April 3, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed April 3, 2026